UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>              Plaintiff, ) <br>     v.                  ) <br> ) <br> JULIA AMBRIZ,          ) <br>             Defendant. ) <br> _____) | Case No.: LA07CR1019-GW-2 <br><br> ORDER OF DETENTION PENDING <br><br> FURTHER REVOCATION PROCEEDINGS <br> (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a) (1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>CENTRAL</u> District of <u>CALIFORNIA</u> for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143(a) (1), the Court finds that:

A. (X) <u>The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:</u>

    (x) information in the Pretrial Services Report and Recommendation

    (x) information in the violation petition and report(s)

    ( ) the defendant's nonobjection to detention at this time

    ( ) other: Allegation of absconding; no known bail resource

of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

( ) information in the Pretrial Services Report and Recommendation

( ) information in the violation petition and report(s)

( ) the defendant's nonobjection to detention at this time

( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: JUNE 26, 2017

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE